**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ETISON LLC d/b/a CLICKFUNNELS, | ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 24-502-CFC ) |
| HIGHLEVEL INC., | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) ) ) |

**DEFENDANT HIGHLEVEL INC.'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM
<u>PURSUANT TO FED. R. CIV. P. 12(B)(6)</u>**

Defendant Highlevel Inc. ("HighLevel") hereby moves to dismiss Plaintiff Etison LLC d/b/a ClickFunnels's ("ClickFunnels") Complaint (D.I. 1) pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted because the claims of U.S. Patent Nos. 10,846,357 ("the #357 patent") and 11,361,047 ("the #047 patent") (collectively, the "Asserted Patents") are not directed to patentable subject matter and are invalid under 35 U.S.C. § 101.

The grounds for this motion are set forth in Defendant's Opening Brief filed contemporaneously herewith. A form of Order is attached.

Dated: June 18, 2024

OF COUNSEL:

Timothy S. Durst
Jeff Baxter
O'MELVENY & MYERS LLP
2801 North Harwood Street Suite
1600 Dallas, TX 75201
(972) 360-1900
tdurst@omm.com
jbaxter@omm.com

Robert F. Shaffer
Khanh Leon
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
rshaffer@omm.com
kleon@omm.com

MCCARTER & ENGLISH, LLP

/s/ *Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Defendant*