## <u>CERTIFICATION OF COMPLIANCE</u>

The undersigned certifies that the foregoing motion was prepared in Times New Roman 14-point font, and contains 92 words (excluding the caption, title, and signature blocks), which were counted using Microsoft Word's word count feature.

*/s/ Alexandra M. Joyce*
Alexandra M. Joyce (#6423)