## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ETISON LLC d/b/a CLICKFUNNELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.            ) | C.A. No. 24-502-CFC |
| ) | |
| HIGHLEVEL INC.,          ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

At Wilmington, Delaware, this ___ day of _____, 2024, the Court having considered Defendant HighLevel Inc.'s Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"), and any further submissions in support of or in opposition thereto,

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion is GRANTED.

2. All asserted claims of the U.S. Patent Nos. 10,846,357 ("the #357 patent") and 11,361,047 ("the #047 patent") (collectively, the "Asserted Patents") are not directed to patentable subject matter and are invalid under 35 U.S.C. § 101, and therefore, Plaintiff's Compliant against Defendant (D.I. 1) is DISMISSED.

_____

CHIEF UNITED STATES DISTRICT JUDGE