# EXHIBIT B

**U.S. Patent No. 10,846,357 – Claim Chart**

| Claim | The GoHighLevel Product |
|---|---|
| 1. A method, comprising:<br><br>[1A] providing, to a user for display on a client device, via a website creation system, a user dashboard comprising a selectable option to create a website; | GoHighLevel is a website creation system that provides a user dashboard to a user for display on a client device (e.g., a user's computer). The dashboard has a selectable option to create a website (i.e., a clickable button "+ New Funnel") as shown below:<br> |

**U.S. Patent No. 10,846,357 – Claim Chart**

| Claim | The GoHighLevel Product |
|---|---|
| [1B] receiving a selection of the selectable option to create a website; | After a user clicks on the "+ New Funnel" clickable button (shown in the previous screenshot), GoHighLevel receives the user's selection of the selectable option to create a website, and GoHighLevel displays a pop-up window labeled "Create New Funnel" as shown below: |



**U.S. Patent No. 10,846,357 – Claim Chart**

| | |
|---|---|
| [1C] in response to receiving the selection of the selectable option to create a website, providing, to the user for display on the client device, a plurality of website types for selection; | In response to receiving the selection of the selectable option to create a website (i.e., after a user clicks the "+ New Funnel" clickable button), GoHighLevel provides a plurality of website types to the user for display on the client device for selection. The user can select the "From blank" button or the "From templates" button as shown below:   |

In this example, after the user clicks the “From templates” button and the “Continue” clickable button (shown below), GoHighLevel provides to the user for display on the client device a plurality of website types for selection as shown in the screenshot on the next page.



U.S. Patent No. 10,846,357 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| |  |

| Claim | The GoHighLevel Product |
|---|---|
| [1D] receiving a selection of a website type of the plurality of website types, | GoHighLevel receives a selection of a website type from the plurality of website types (e.g., when a user clicks the “Sales” clickable button). |



**U.S. Patent No. 10,846,357 – Claim Chart**

| | |
|---|---|
| [1E] wherein each website type of the plurality of website types comprises a series of directional webpages configured to cause an end user interaction with a website, | Each website type of the plurality of website types shown by GoHighLevel has collection of templates in a "Template library," and as shown in later screenshots, each template comprises a series of directional webpages configured to cause an end user interaction with a website. As an example, the following screenshot shows the "Template library" for the "Sales" website type.<br><br> |

**U.S. Patent No. 10,846,357 – Claim Chart**

GoHighLevel displays a first directional webpage configured to cause an end user interaction with a website. In this example, the first directional webpage has a clickable button labeled "START YOUR 14-DAY FREE TRIAL TODAY."



After a user clicks on the "START YOUR 14-DAY FREE TRIAL TODAY" clickable button, GoHighLevel displays a second directional webpage configured to cause an end user interaction with a website. In this example, the second directional webpage has a clickable button labeled "Check Out":



U.S. Patent No. 10,846,357 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| | After a user clicks on the "Check Out" clickable button, GoHighLevel displays a third directional webpage configured to cause an end user interaction with a website. In this example, the third directional webpage ("Buyer's Information") has several ways for a user to interact with the website such as clickable text to allow a user to edit the buyer's information, a fillable field ("Enter coupon code"), and a clickable button ("Apply") as shown below: |



**U.S. Patent No. 10,846,357 – Claim Chart**

<table>
<tr>
<td>[1F] wherein the series of directional webpages of each website type of the plurality of websites types comprises a unique plurality of sequential webpages configured to be provided sequentially one after another;</td>
<td>As shown in the screenshots above, and as repeated here, the series of directional webpages in this example of the website type “Sales” (which is one of the plurality of websites types available on GoHighLevel) comprises a unique plurality of sequential webpages configured to be provided sequentially one after another (i.e., “START YOUR 14-DAY FREE TRIAL TODAY” followed by “Check Out” followed by “Buyer’s Information”):


</td>
</tr>
</table>

# U.S. Patent No. 10,846,357 – Claim Chart

<table>
<tr>
<td></td>
<td>


</td>
</tr>
</table>

U.S. Patent No. 10,846,357 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| |   |

U.S. Patent No. 10,846,357 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| [1G] in response to receiving the selection of a website type of the plurality of website types, providing, to the user for display on the client device, a plurality of website templates for selection, | In response to receiving the selection of a website type of the plurality of website types (in this example, “Sales”), GoHighLevel provides to the user for display on the client device a plurality of website templates for selection. The templates are in a “Template library.” As an example, the following screenshot shows the “Template library” for the “Sales” website type:<br><br> |

**U.S. Patent No. 10,846,357 – Claim Chart**

<table>
<tr><th>Claim</th><th>The GoHighLevel Product</th></tr>
<tr><td>[1H] the plurality of website templates being particular to the selected website type;</td><td>The plurality of website templates are particular to the selected website type, which in this example is “Sales.”


</td></tr>
</table>

U.S. Patent No. 10,846,357 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| [1I] receiving a selection of a website template of the plurality of website templates and the series of directional webpages of the selected website type; | In response to receiving a selection of a website template of the plurality of website templates and the series of directional webpages (in this example, “Automation Software Free Trial Sign Up”) of the selected website type (in this example, “Sales”), GoHighLevel provides to the user for display on the client device a plurality of website templates for selection from a “Template library.” As an example, the following screenshot shows the “Template library” for the website type “Sales” and a user selecting the “Automation Software Free Trial Sign Up” template and series of directional webpages as shown below:  |

**U.S. Patent No. 10,846,357 – Claim Chart**

<table>
<tr><th>Claim</th><th>The GoHighLevel Product</th></tr>
<tr><td>[1J] in response to receiving the selection of a website template, generating and launching a generic website based on the selected website type and selected website template and providing, to the user for display on the client device, a website editor graphical user interface, the website editor graphical user interface comprising a plurality of webpage tabs,</td><td>In response to receiving the selection of a website template (in this example, “Automation Software Free Trial Sign Up”), GoHighLevel generates and launches a generic website based on the selected website type (in this example, “Sales”) and the selected website template (in this example, “Automation Software Free Trial Sign Up”) and provides to the user for display on the client device a website editor graphical user interface comprising a plurality of webpage tabs as shown below:


</td></tr>
</table>

U.S. Patent No. 10,846,357 – Claim Chart

| Claim | The GoHighLevel Product |
| --- | --- |
| [1K] each webpage tab of the plurality of webpage tabs representing a webpage of the series of directional webpages; | Each webpage tab of the plurality of webpage tabs represents a webpage of the series of directional webpages. As shown below, the "Home" webpage tab displays the first in the series of directional webpages (as shown previously) for the website type example "Sales" and the website template example "Automation Software Free Trial Sign Up."   |

| Claim | The GoHighLevel Product |
|---|---|
| | As shown below, the "Thank You" webpage tab displays the last in the series of directional webpages (as shown previously) for the website type example "Sales" and the website template example "Automation Software Free Trial Sign Up."   |

**U.S. Patent No. 10,846,357 – Claim Chart**

| Claim | The GoHighLevel Product |
|---|---|
| [1L] receiving at least one indication of a user interaction editing at least one webpage of the series of directional webpages; and | GoHighLevel receives at least one indication of a user interaction editing at least one webpage of the series of direction webpages. In the example below, a user has the ability to select the image on the right of the "Home" webpage and click on the trash can icon to delete the image. |



**U.S. Patent No. 10,846,357 – Claim Chart**

| Claim | The GoHighLevel Product |
|---|---|
| [1M] in response to receiving the at least one indication of a user interaction editing at least one webpage of the series of directional webpages, editing the launched generic website to create a customized website. | In response to receiving the at least one indication of a user interaction editing at least one webpage of the series of direction webpages, GoHighLevel edits the launched generic website to create a customized website. In the example below, the image on the right of the "Home" webpage has been deleted in response to the user's edit to create a customized website: |

