# EXHIBIT D

**U.S. Patent No. 11,361,047 – Claim Chart**

| Claim | The GoHighLevel Product |
|---|---|
| 1. A method comprising:<br><br>[1A] receiving a selection to create a website; | After a user clicks on the "+ New Funnel" clickable button (shown below), GoHighLevel receives the user's selection to create a website:<br> |

**U.S. Patent No. 11,361,047 – Claim Chart**

| | |
|---|---|
| [1B] responsive to receiving the selection to create a website, providing a plurality of website types for selection, | In response to receiving the selection to create a website (i.e., after a user clicks the "+ New Funnel" clickable button), GoHighLevel provides a plurality of website types for selection. First, GoHighLevel provides the user with a pop-up window labeled "Create New Funnel" in which the user can select the "From blank" button or the "From templates" button as shown below:<br><br> |

Next, in this example, after the user clicks the “From templates” button and the “Continue” clickable button (shown below), GoHighLevel provides to the user a plurality of website types for selection as shown in the screenshot on the next page.



U.S. Patent No. 11,361,047 – Claim Chart

| Claim | The GoHighLevel Product |
| --- | --- |
| |  |

U.S. Patent No. 11,361,047 – Claim Chart

| | |
|---|---|
| [1C] wherein each website type of the plurality of website types comprises a series of directional webpages configured to cause an end user interaction with a website, and | Each website type of the plurality of website types shown by GoHighLevel has a collection of templates in a “Template library,” and as shown in later screenshots, each template comprises a series of directional webpages configured to cause an end user interaction with a website. As an example, the following screenshot shows the “Template library” for the “Sales” website type.<br> |

U.S. Patent No. 11,361,047 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| | In this example, a user selects the “Automation Software Free Trial Sign Up” template by clicking on the “Automation Software Free Trial Sign Up” template icon shown below: |



**U.S. Patent No. 11,361,047 – Claim Chart**

| Claim | The GoHighLevel Product |
|---|---|
| | In this example, after a user selects the "Automation Software Free Trial Sign Up" template, GoHighLevel displays a first directional webpage configured to cause an end user interaction with a website. In this example, the first directional webpage has a clickable button labeled "START YOUR 14-DAY FREE TRIAL TODAY."  |

# U.S. Patent No. 11,361,047 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| | After a user clicks on the “START YOUR 14-DAY FREE TRIAL TODAY” clickable button, GoHighLevel displays a second directional webpage configured to cause an end user interaction with a website. In this example, the second directional webpage has a clickable button labeled “Check Out”: |



U.S. Patent No. 11,361,047 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| | After a user clicks on the "Check Out" clickable button, GoHighLevel displays a third directional webpage configured to cause an end user interaction with a website. In this example, the third directional webpage ("Buyer's Information") has several ways for a user to interact with the website such as clickable text to allow a user to edit the buyer's information, a fillable field ("Enter coupon code"), and a clickable button ("Apply") as shown below: |



U.S. Patent No. 11,361,047 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| [1D] wherein the series of directional webpages of each website type of the plurality of website types comprises a unique plurality of sequential webpages configured to be provided sequentially one after another; | As shown in the following screenshots, the series of directional webpages in this example of the website type "Sales" (which is one of the plurality of websites types available on GoHighLevel) comprises a unique plurality of sequential webpages configured to be provided sequentially one after another (i.e., "START YOUR 14-DAY FREE TRIAL TODAY" followed by "Check Out" followed by "Buyer's Information"):<br> |

# U.S. Patent No. 11,361,047 – Claim Chart

| Claim | The GoHighLevel Product |
| --- | --- |
| |  |

U.S. Patent No. 11,361,047 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| |  |

**U.S. Patent No. 11,361,047 – Claim Chart**

| Claim | The GoHighLevel Product |
| --- | --- |
| [1E] receiving a selection of a website type of the plurality of website types; | GoHighLevel receives a selection of a website type of the plurality of website types when, in this example, the user clicks on the “Sales” clickable button as shown below:   |

**U.S. Patent No. 11,361,047 – Claim Chart**

<table>
<tr><th>Claim</th><th>The GoHighLevel Product</th></tr>
<tr><td>[1F] responsive to receiving the selection of a website type of the plurality of website types, providing a plurality of website templates for selection,</td><td>In response to receiving the selection of a website type of the plurality of website types (in this example, “Sales”), GoHighLevel provides to the user a plurality of website templates for selection. The templates are in a “Template library.” As an example, the following screenshot shows the “Template library” for the “Sales” website type:<br>



</td></tr>
</table>

U.S. Patent No. 11,361,047 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| [1G] the plurality of website templates being particular to the selected website type; | The plurality of website templates are particular to the selected website type, which in this example is "Sales."<br> |

U.S. Patent No. 11,361,047 – Claim Chart

| | |
|---|---|
| [1H] receiving a selection of a website template of the plurality of website templates; and | GoHighLevel receives a selection of a website template of the plurality of website templates and the series of directional webpages (in this example, “Automation Software Free Trial Sign Up”) of the selected website type (in this example, “Sales”). As an example, the following screenshot shows the “Template library” for the website type “Sales” and a user selecting the “Automation Software Free Trial Sign Up” template by clicking on the “Automation Software Free Trial Sign Up” template icon shown below. |



<table>
<tr><th>Claim</th><th>The GoHighLevel Product</th></tr>
<tr><td>[1I] in response to receiving the selection of a website template, generating and launching a website based on the selected website type and selected website template.</td><td>In response to receiving the user’s selection of a website template, GoHighLevel launches a website based on the selected website type (in this example, “Sales”) and selected website template (in this example, “Automation Software Free Trial Sign Up”). In the example below, the website is displayed to the user and if the user wants to continue creating a website, the user clicks the “Continue” clickable button.


</td></tr>
</table>

U.S. Patent No. 11,361,047 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| | At the next step, the user clicks the "Publish" clickable button. |



U.S. Patent No. 11,361,047 – Claim Chart

| Claim | The GoHighLevel Product |
|---|---|
| | After the user clicks the "Publish" clickable button, GoHighLevel displays a pop-up window in which the user enters a domain (URL) where the website will be hosted, and GoHighLevel launches the website on that domain after the user clicks the "Save" clickable button.   |